# EXHIBIT 2

| | |
|---|---|
| **From:** | Accounts Receivable <ar@meta.com> |
| **Sent:** | Monday, July 15, 2024 10:13 AM |
| **To:** | afox@rubios.com; aboerner@rubios.com; Lauren Lovett; Bill Hoff |
| **Subject:** | Re: Your Meta balance is 2 days past due [Ref: case++aazqmifh2f2qoe] |

> **EXTERNAL MESSAGE - CAUTION: This email originated from outside of Rubio's Restaurants. Do not click links, or open attachments unless you recognize the sender and know the content is safe.**

Hi Adam,

We understand your frustration and at the same time want to let you know that the BK is very clear and as you stated you filed back on June 5th, therefore here is what I can advice you:

1- The pre-petition amount has not yet been paid for the May month of service invoice, invoiced on June 1st which is still outstanding for $96,061.39 invoice# 25665753 which you can see online in your Business Manager.
2- The account per guideline and Meta policies has to remain on hold until prepetition is paid, but doesn't mean you cannot advertise in the meantime, as you can open a new ad account and place the self service payment method (Credit card - direct debit from an account).

By doing this you can advertise as normal, so you can pay pre-petition or set up a new account and use self service payment.

Hope this helps and also understand that if you need to get your legal department involved, we will be more than glad to have a word with them and our legal counsel as needed.

Thank you again.

Jamie Francisco Azofeifa Bellous
Meta Collections Manager| Noram
Facebook | San Jose, Costa Rica | Office:


In order to ensure correct allocation of your payments and avoid reconciliation issues, please always email the remittance advice to payment@meta.com every time a payment is made.

Questions on your invoice? Seek immediate support here or visit Meta Help Center.
Learn more about managing monthly invoices or about managed Meta accounts in Business Manager.


**From:** ar@meta.com<ar@meta.com>
**Sent:** Monday, July 15, 2024 6:34 AM
**To:** <afox@rubios.com>, <aboerner@rubios.com>
**Subject:** Re: Your Meta balance is 2 days past due [Ref: case++aazqmifh2f2qoe]
Hi Adam,

Good day to you.

Sorry for the inconvenience caused from our end.

We have reinstated your account and waiting for the system to update.

Thank you for advertising with META.

Warm Regards,

Vaishali.V | NORAM Collections Analyst
Meta Inc.
vigneshvaishali@fb.com

**From:** Adam Fox<afox@rubios.com>
**Sent:** Friday, July 12, 2024 21:17 PM
**To:** ar@meta.com<ar@meta.com>, aboerner@rubios.com<aboerner@rubios.com>
**Subject:** Re: Your Meta balance is 2 days past due [Ref: case++aazqmifh2f2qoe]
Meta team,
This is not acceptable; we neee the timeline expedited. We notified your team of our BK filing on June 20th, more than three weeks ago. As noted in our correspondence, failure to provide access to your services constitutes disregard for the bankruptcy code. I will be referring this matter to our attorneys.
-Adam
**From:** Accounts Receivable <ar@meta.com>
**Date:** Friday, July 12, 2024 at 8:32 AM
**To:** Adam Fox <afox@rubios.com>, Amanda Boerner <aboerner@rubios.com>
**Subject:** Re: Your Meta balance is 2 days past due [Ref: case++aazqmifh2f2qoe]
**\*\* EXTERNAL MESSAGE - CAUTION: This email originated from outside of Rubio's Restaurants. Do not click links, or open attachments unless you recognize the sender and know the content is safe.\*\***
Hi Team,

Good day to you.

We have received your BK11 notice. It is under investigation. We are reviewing with our finance team.

We will get back to you once we get an update from finance team.

Thank you for advertising with META.

Warm Regards,

Vaishali.V | NORAM Collections Analyst
Meta Inc.
vigneshvaishali@fb.com

**From:** Adam Fox<afox@rubios.com>
**Sent:** Friday, July 12, 2024 5:32 AM
**To:** aboerner@rubios.com<aboerner@rubios.com>, ar@meta.com<ar@meta.com>, creditdept@meta.com<creditdept@meta.com>
**Subject:** Re: Your Meta balance is 2 days past due [Ref: case++aazqmifh2f2qoe]
Thought this was resolved yesterday. Please confirm ASAP that our account is reinstated
Get Outlook for iOS
**From:** Amanda Boerner <aboerner@rubios.com>

2

**Sent:** Thursday, July 11, 2024 4:24:40 PM
**To:** AR@meta.com <ar@meta.com>; creditdept@meta.com <creditdept@meta.com>
**Cc:** Adam Fox <afox@rubios.com>
**Subject:** Re: Your Meta balance is 2 days past due
<!-- p {margin-top:0; margin-bottom:0} -->
**+ Adding creditdept@meta.com** regarding urgent matter regarding Ad Account#47887329 being disabled due to payment.
Rubio's filed for Chapter 11 protection on 6/5/24. Please find attached a letter that was sent to your general counsel from our attorneys informing them of the filing.
US Bankruptcy code prohibits Rubio's from making payments for services rendered on 6/4 or earlier; however, as the letter notes, Rubio's has financing in place to meet our obligations occurred post-petition (beginning 6/5/24).
Please advise on anything else needed from Rubio's to restore the ad account and resume advertising.
Thank you,
Amanda



[rubios.com](http://rubios.com)**AMANDA BOERNERMANAGER, DIGITAL MARKETING**2200 Faraday Ave, Suite 250Carlsbad, CA
92008
**From:** Adam Fox <afox@rubios.com>
**Sent:** Monday, July 8, 2024 2:09 PM
**To:** Amanda Boerner <aboerner@rubios.com>; AR@meta.com <AR@meta.com>
**Subject:** Re: Your Meta balance is 2 days past due
Meta AR team,
Rubio's filed for Chapter 11 protection on 6/5/24. Please find attached a letter that was sent to your general counsel from our attorneys informing them of the filing.
US Bankruptcy code prohibits Rubio's from making payments for services rendered on 6/4 or earlier; however, as the letter notes, Rubio's has financing in place to meet our obligations occurred post-petition (beginning 6/5/24).
Please let me know if you need anything else from us for this to reflect correctly on our account.
Thank you,
ADAM FOX
**VP, MARKETING**



2200 Faraday Ave, Suite 250
Carlsbad, CA 92008 | Direct Line: (760) 602-3638

[rubios.com](http://rubios.com)
**From:** Account Receivables <ar@meta.com>
**Sent:** Wednesday, July 3, 2024 12:11 AM
**To:** Amanda Boerner <aboerner@rubios.com>
**Subject:** Your Meta balance is 2 days past due
**\*\* EXTERNAL MESSAGE - CAUTION: This email originated from outside of Rubio's Restaurants. Do not click links, or open attachments unless you recognize the sender and know the content is safe.\*\***
Dear Rubio's Restaurants, Inc., The USD 96,061.39 balance on your Meta account is 2 days past due. To ensure that your account remains active, please pay this balance promptly. Payment instructions are included at the bottom of each invoice. If you've recently paid this balance, please send payment remittance advice to payment@fb.com so we can ensure funds are allocated accordingly. If you have questions about your account, please email ar@fb.com so we can make sure you get the help you need. Thank you, The Meta Credit and Collections Team



Dear Rubio's Restaurants, Inc.,

The USD 96,061.39 balance on your Meta account is 2 days past due.

To ensure that your account remains active, please pay this balance promptly. Payment instructions are included at the bottom of each invoice.

If you've recently paid this balance, please send payment remittance advice to payment@fb.com so we can ensure funds are allocated accordingly.

If you have questions about your account, please email ar@fb.com so we can make sure you get the help you need.

Thank you,

The Meta Credit and Collections Team

This message was sent to aboerner@rubios.com at your request.

Meta Platforms, Inc., Attention: Community Support, 1 Meta Way, Menlo Park, CA 94025

