# EXHIBIT 3

# INVOICE

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States of America
EIN/TIN: 20-1665019

**Invoice #:** 25665753
**Invoice Date:** 01-Jun-2024
**Billing Period:** May-24
**Account Id / Group:** 47887329
**Payment Terms:** NET 30

**BILL TO:** Rubio's Restaurants, Inc.
2200 Faraday Avenue
Suite 250
CARLSBAD, CA 92008
UNITED STATES OF AMERICA

**Page:** 1 of 2

**ATTN:** Accounts Payable

**Advertiser:** Rubio's Restaurants, Inc.
**PO Number:**

| Line# | Description - Advertising Services | Total |
|---|---|---|
| 1 | Coupons: goodwill/bugs | -90.53 |
| 2 | Facebook Boosting 2024 | 127.28 |
| 3 | FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_Base | 8,885.21 |
| 4 | FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_San-Diego | 6,626.98 |
| 5 | FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_Base | 2,873.35 |
| 6 | FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_San-Diego | 1,893.00 |
| 7 | FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_Base | 4,190.57 |
| 8 | FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_San-Diego | 2,749.80 |
| 9 | FB-Paid-PDM_Mixed_New-Menu-TCE-Test_Conversions-Purchase_Kearney-Mesa | 65.99 |
| 10 | FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_Base | 12,456.35 |
| 11 | FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_San-Diego | 8,809.39 |
| 12 | Instagram - 2024 Instagram Boosting | 293.72 |
| 13 | Instagram - Coupons: goodwill/bugs | -4.97 |
| 14 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_Base | 8,456.69 |
| 15 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_San-Diego | 4,832.62 |
| 16 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_Base | 2.58 |
| 17 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_San-Diego | 7.57 |

**INVOICE NUMBER MUST BE REFERENCED ON ALL PAYMENTS**

**Meta Platforms, Inc. is a Delaware Corporation - TIN 20-1665019**

**Remit Check/Payment To:**
Meta Platforms, Inc.
Attention: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693
United States of America
Payment@fb.com

**Wire Transfer Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for Wire: 026009593
SWIFT Code: BOFAUS3N

**ACH Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for ACH: 121000358

| | |
|---|---|
| Subtotal: | 96,061.39 |
| Freight: | 0.00 |
| Tax @0%: | 0.00 |
| **Invoice Total:** | **96,061.39** |
| Invoice Currency: | USD |

# INVOICE

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States of America
EIN/TIN: 20-1665019

**Invoice #:** 25665753
**Invoice Date:** 01-Jun-2024
**Billing Period:** May-24
**Account Id / Group:** 47887329
**Payment Terms:** NET 30

**BILL TO:** Rubio's Restaurants, Inc.
2200 Faraday Avenue
Suite 250
CARLSBAD, CA 92008
UNITED STATES OF AMERICA

**Page:** 2 of 2

**ATTN:** Accounts Payable

**Advertiser:** Rubio's Restaurants, Inc.
**PO Number:**

| Line# | Description - Advertising Services | Total |
|---|---|---|
| 18 | Instagram - FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_Base | 4,162.35 |
| 19 | Instagram - FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_San-Diego | 2,536.79 |
| 20 | Instagram - FB-Paid-PDM_Mixed_New-Menu-TCE-Test_Conversions-Purchase_Kearney-Mesa | 78.78 |
| 21 | Instagram - FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_Base | 16,784.99 |
| 22 | Instagram - FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_San-Diego | 10,322.88 |

**INVOICE NUMBER MUST BE REFERENCED ON ALL PAYMENTS**

Meta Platforms, Inc. is a Delaware Corporation - TIN 20-1665019

**Remit Check/Payment To:**
Meta Platforms, Inc.
Attention: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693
United States of America
Payment@fb.com

**Wire Transfer Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for Wire: 026009593
SWIFT Code: BOFAUS3N

**ACH Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for ACH: 121000358

| | |
|---|---|
| Subtotal: | 96,061.39 |
| Freight: | 0.00 |
| Tax @0%: | 0.00 |
| **Invoice Total:** | **96,061.39** |
| Invoice Currency: | USD |

www.facebook.com    Phone: +1 650.543.4800    Fax: +1 650.543.5325    ar@meta.com