# EXHIBIT 5



# INVOICE

Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States of America
EIN/TIN: 20-1665019

|  |  |
|---|---|
| **Invoice #:** | 25711430 |
| **Invoice Date:** | 01-Jul-2024 |
| **Billing Period:** | Jun-24 |
| **Account Id / Group:** | 47887329 |
| **Payment Terms:** | NET 30 |

**BILL TO:** Rubio's Restaurants, Inc.
2200 Faraday Avenue
Suite 250
CARLSBAD, CA 92008
UNITED STATES OF AMERICA

**Page:** 1 of 2

**ATTN:** Accounts Payable

**Advertiser:** Rubio's Restaurants, Inc.
**PO Number:**

| Line# | Description - Advertising Services | Total |
|---|---|---|
| 1 | 2024 Instagram Boosting | 61.86 |
| 2 | Coupons: goodwill/bugs | -0.26 |
| 3 | Facebook Boosting 2024 | 121.56 |
| 4 | FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_Base | 11,978.06 |
| 5 | FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_San-Diego | 8,363.62 |
| 6 | FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_Base | 10,019.49 |
| 7 | FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_San-Diego | 5,678.09 |
| 8 | FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_Base | 3,589.25 |
| 9 | FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_San-Diego | 2,246.25 |
| 10 | FB-Paid-PDM_Mixed_New-Menu-TCE-Test_Conversions-Purchase_Kearney-Mesa | 827.92 |
| 11 | FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_Base | 16,348.07 |
| 12 | FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_San-Diego | 10,640.83 |
| 13 | Instagram - 2024 Instagram Boosting | 208.82 |
| 14 | Instagram - Coupons: goodwill/bugs | -6.38 |
| 15 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_Base | 12,308.10 |
| 16 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_Evergreen_Conversions-Purchase_San-Diego | 6,370.13 |
| 17 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_Base | 587.81 |
| 18 | Instagram - FB-Paid-PDM_Cold-Prospecting-Awareness_ThruPlay_Brand-Awareness_San-Diego | 410.99 |

**INVOICE NUMBER MUST BE REFERENCED ON ALL PAYMENTS**

**Meta Platforms, Inc. is a Delaware Corporation - TIN 20-1665019**

| **Remit Check/Payment To:** | **Wire Transfer Instructions:** | **ACH Instructions:** |
|---|---|---|
| Meta Platforms, Inc. | Bank of America N.A. | Bank of America N.A. |
| Attention: Accounts Receivable | 315 Montgomery Street | 315 Montgomery Street |
| 15161 Collections Center Drive | 13th Floor | 13th Floor |
| Chicago, IL 60693 | San Francisco, CA 94104 | San Francisco, CA 94104 |
| United States of America | United States of America | United States of America |
| Payment@fb.com | | |
| | Acct Name: Meta Platforms, Inc. | Acct Name: Meta Platforms, Inc. |
| | Acct Num#: 1499725400 | Acct Num#: 1499725400 |
| | ABA# for Wire: 026009593 | ABA# for ACH: 121000358 |
| | SWIFT Code: BOFAUS3N | |

| | |
|---|---|
| Subtotal: | 129,799.78 |
| Freight: | 0.00 |
| Tax @0%: | 0.00 |
| **Invoice Total:** | **129,799.78** |
| Invoice Currency: | USD |



Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025
United States of America
EIN/TIN: 20-1665019

# INVOICE

**Invoice #:** 25711430
**Invoice Date:** 01-Jul-2024
**Billing Period:** Jun-24
**Account Id / Group:** 47887329
**Payment Terms:** NET 30

**BILL TO:** Rubio's Restaurants, Inc.
2200 Faraday Avenue
Suite 250
CARLSBAD, CA 92008
UNITED STATES OF AMERICA

**Page:** 2 of 2

**ATTN:** Accounts Payable

**Advertiser:** Rubio's Restaurants, Inc.
**PO Number:**

| Line# | Description - Advertising Services | Total |
|---|---|---|
| 19 | Instagram - FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_Base | 3,623.68 |
| 20 | Instagram - FB-Paid-PDM_Hot-Retention-Conversion_Evergreen_Conversions-Purchase_San-Diego | 2,004.57 |
| 21 | Instagram - FB-Paid-PDM_Mixed_New-Menu-TCE-Test_Conversions-Purchase_Kearney-Mesa | 726.44 |
| 22 | Instagram - FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_Base | 22,298.27 |
| 23 | Instagram - FB-Paid-PDM_Warm-Retargeting-Consideration_Evergreen_Conversions-Purchase_San-Diego | 11,392.61 |

**INVOICE NUMBER MUST BE REFERENCED ON ALL PAYMENTS**

**Meta Platforms, Inc. is a Delaware Corporation - TIN 20-1665019**

**Remit Check/Payment To:**
Meta Platforms, Inc.
Attention: Accounts Receivable
15161 Collections Center Drive
Chicago, IL 60693
United States of America
Payment@fb.com

**Wire Transfer Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for Wire: 026009593
SWIFT Code: BOFAUS3N

**ACH Instructions:**
Bank of America N.A.
315 Montgomery Street
13th Floor
San Francisco, CA 94104
United States of America

Acct Name: Meta Platforms, Inc.
Acct Num#: 1499725400
ABA# for ACH: 121000358

Subtotal: 129,799.78
Freight: 0.00
Tax @0%: 0.00

**Invoice Total:** **129,799.78**

Invoice Currency: USD

www.facebook.com    Phone: +1 650.543.4800    Fax: +1 650.543.5325    ar@meta.com